**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Theodore McKinley DOWDELL, Jr.,
a/k/a Theo Dowdell, Defendant–
Appellant.**

**No. 00–7283.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2001.

Decided March 1, 2001.

Theodore McKinley Dowdell, Jr., pro se. William David Muhr, Office of the United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Theodore M. Dowdell seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). In addition, Appellant complains that he should be granted an evidentiary hearing, leave to amend his initial § 2255 motion, and production of a state court transcript at government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Dowdell,* Nos. CR–98–50; CA–00–21–4 (E.D.Va. Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*